# EXHIBIT A



# Notice of Service of Process

**LDD / ALL**
**Transmittal Number: 20778743**
**Date Processed: 12/03/2019**

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Elaine Culbertson vs. Lowe's Home Centers, LLC. |
| **Matter Name/ID:** | Elaine Culbertson vs. Lowe's Home Centers, LLC. (9819003) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Kankakee County Circuit Court, IL |
| **Case/Reference No:** | 2019L 137 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 12/03/2019 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Jeffrey M. Godin<br>815-935-1117 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
KANKAKEE COUNTY, STATE OF ILLINOIS

ELAINE CULBERTSON,                )
       Plaintiff,            )
                                  )
   vs.                            )   Case No. 2019L137
                                  )
LOWE'S HOME CENTERS, LLC.,        )
a Domestic Corporation,           )
       Defendant.            )

# SUMMONS

**To each defendant:** Illinois Service Corporation, 801 Adlai Stevenson Dr., Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to file and answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Kankakee County Courthouse building, 450 East Court Street, Kankakee, Illinois within 30 days after service of this Summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness, 11/18/2019 , 20____.

_Sandra M Cianci_
(Clerk of the Circuit Court)

_JT_
(Deputy)

(Seal of court)

JEFFREY M. GODIN #6279127
GODIN, DENTON, & ELLIOTT, P.C.
Attorney at Law
18 Briarcliff Professional Center
Bourbonnais, IL 60914
O. (815) 935-1117
F. (815) 935-1141
Email: eserve@godindentonlaw.com

FILED
Kankakee County
21st Judicial Circuit
11/18/2019 3:27 PM
Sandra M Cianci
CIRCUIT COURT CLERK

## IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
## KANKAKEE COUNTY, STATE OF ILLINOIS

| | |
|---|---|
| ELAINE CULBERTSON, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LOWE'S HOME CENTERS, LLC., )<br>a Domestic Corporation, )<br>    Defendant. ) | Case No. 2019L137<br><br>**Init Case Mgmt Conf**<br>9:00 AM IN ROOM: 204<br>DATE: 04-16-2020 |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, ELAINE CULBERTSON, by and through her attorneys, GODIN, DENTON & ELLIOTT, P.C., and complaining of the Defendant, LOWE'S HOME CENTERS, LLC, a Domestic Corporation, alleges as follows:

1. On or about November 24, 2017, and for a long time prior thereto, the Defendant, LOWE'S HOME CENTERS, LLC, possessed, operated, managed, maintained and/or controlled a store and parking lot located at 860 N. Kinzie Avenue, in the Village of Bradley, County of Kankakee, and State of Illinois.

2. On or about November 24, 2017, ELAINE CULBERTSON, was a patron of said store and was lawfully present in and upon said premises.

3. On or about November 24, 2017, Defendant, LOWE'S HOME CENTERS, LLC, negligently caused or permitted an obstruction to the sidewalk at the stores entry location, being part of a lawnmower, to become and remain in an unsafe condition for persons using said entry, although the Defendant knew, or in the exercise of ordinary and reasonable care should have known, of said unsafe condition.

4. On or about November 24, 2017, it was the duty of the Defendant to maintain the entrance to the store in a reasonably safe manner so as not to cause injury to persons, including the Plaintiff, using the entrance at the invitation of the Defendant.

5. Disregarding its duties in the premises, the Defendant, LOWE'S HOME CENTERS, LLC, was guilty of one or more of the following negligent acts and/or omissions:

    (a) Carelessly and negligently permitted the sidewalk entry to the store to become obstructed, being a part of a lawnmower, when the Defendant knew or should have known of the hazardous condition;

    (b) Failed to properly maintain the sidewalk to the entry of the store in a reasonably safe condition;

(c) Failed to make a reasonable inspection of the sidewalk entry to the store location when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff;

(d) Failed to keep the sidewalk entry of the store free of obstructions that could cause injury when it knew or should have known of the hazardous condition;

(e) Failed to warn Plaintiff and other patrons of the presence of the hazardous condition of the sidewalk entry to the store location;

(f) Failed to barricade, block off or otherwise prevent patrons from utilizing the hazardous area of the sidewalk entry to the store location when it knew or should have known of the hazardous condition; and/or

(g) Otherwise carelessly and negligently possessed, operated, managed, maintained and/or controlled the premises.

6. On November 24, 2017, while Plaintiff, ELAINE CULBERTSON, was a patron of the Defendant, as a direct and proximate result of the aforesaid negligence of Defendant, LOWE'S HOME CENTERS, LLC, Plaintiff was caused to trip and fall on the sidewalk entry of the store location at said premises.

7. As a proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, LOWE'S HOME CENTERS, LLC, Plaintiff, ELAINE CULBERTSON, sustained injuries of a personal and pecuniary nature.

**WHEREFORE**, Plaintiff, ELAINE CULBERTSON, demands judgment against the Defendant, LOWE'S HOME CENTERS, LLC, in an amount in excess of Fifty Thousand ($50,000.00) Dollars and costs of this suit.

                                                                ELAINE CULBERTSON, Plaintiff

                                                                By: /s/ JEFFREY M. GODIN
                                                                      one of her attorneys

JEFFREY M. GODIN  #6279127
GODIN, DENTON & ELLIOTT, P.C.
18 Briarcliff Professional Center
Bourbonnais, Illinois 60914
(815)935-1117
eserve@godindentonlaw.com

FILED
Kankakee County
21st Judicial Circuit
11/18/2019 3:27 PM
Sandra M Cianci
CIRCUIT COURT CLERK

IN THE CIRCUIT COURT OF THE TWENTY FIRST JUDICIAL CIRCUIT
KANKAKEE COUNTY, STATE OF ILLINOIS

| | |
|---|---|
| ELAINE CULBERTSON,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )   Case No. 2019L137<br>) |
| LOWE'S HOME CENTERS, LLC.,<br>a Domestic Corporation,<br>   Defendant. | )<br>)<br>)<br>) |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

I, JEFFREY M. GODIN, being first duly sworn on oath, state:

1. I am one of the attorneys for the Plaintiff in the above entitled action.

2. The total of money damages sought in this case is in excess of $50,000.00.

3. Further, Affiant sayeth not.

/s/ JEFFREY M. GODIN
One of the attorneys for Plaintiff

### VERIFICATION OF AFFIDAVIT

**UNDER PENALTIES OF PERJURY** and pursuant to the provisions of Section 1-109 of the Code of Civil Procedure, the undersigned hereby certifies that he is the Affiant in the above entitled cause and that the information contained in this Affidavit is true and correct in substance and in fact.

/s/ JEFFREY M. GODIN

Prepared by:

JEFFREY M. GODIN, #6279127
GODIN, DENTON & ELLIOTT, P.C.
Attorneys at Law
18 Briarcliff Professional Center
Bourbonnais, IL  60914
O. 815-935-1117
F. 815-935-1141
Email:eserve@godindentonlaw.com