UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE CULBERTSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 C 8281 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons that follow, the parties' agreed motion to transfer, R. 8, is granted, and the above-captioned lawsuit is transferred to the United States District Court for the Central District of Illinois for all purposes.

**Statement**

Plaintiff Elaine Culbertson ("Culbertson") initially filed this action in state court alleging negligence against Defendant Lowe's Home Centers, LLC ("Lowe's") in connection with personal injuries she sustained after tripping and falling at a Lowe's store. Lowe's removed the action to the Northern District of Illinois based on diversity of citizenship, and the case was assigned to this Court. Thereafter, Lowe's answered Culbertson's complaint and filed the agreed motion now pending before the Court: to transfer the case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Central District of Illinois, Urbana Division. R. 8.

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." In turn, 28 U.S.C. § 1391(b) provides that venue is proper in either: (1) the judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

The facts giving rise to this lawsuit demonstrate that venue is proper in the Central District of Illinois under 28 U.S.C. § 1391(b)(2). Indeed, the trip and fall incident at issue occurred at a Lowe's store in Bradley, Illinois. Bradley is located within Kankakee County, Illinois. Culbertson resides in Kankakee County and received much of her medical treatment there. Kankakee County lies within the

judicial district for the Central District of Illinois. Accordingly, a substantial part of the events giving rise to Culbertson's claim occurred within the judicial district for the Central District of Illinois. The same facts make clear that a trial in the Central District of Illinois would likely be more convenient for the parties and witnesses than would a trial in this District. Further, as mentioned, the parties have consented to the transfer of the case to that judicial district. Accordingly, the requirements for transfer under 28 U.S.C. § 1404(a) are also satisfied, the agreed motion to transfer is granted, R. 8, and this case is transferred to the United States District Court for the Central District of Illinois for all purposes.

ENTERED:

*Thomas M Durkin*

Honorable Thomas M. Durkin
United States District Judge

Dated: January 21, 2020