

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 19cv8281

United States District Court for the Central District of Illinois

Re:  Culbertson v. Lowes Home Centers LLC

USDC Case Number: 19cv8281

Dear Clerk:

Pursuant to the order entered by Honorable    Thomas M. Durkin    , on 1/21/2020, the above record was

☒    electronically transmitted to The  United States District Court for the Central District of Illinois

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/  J. Hollimon
           Deputy Clerk

New Case No. _____    Date _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016